Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  ANGELA CLOSSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ANGELA CLOSSON, | ) Case No.:  2:13-CV-2381 KJN |
| Plaintiff, | ) STIPULATION TO EXTEND |
| vs. | ) BRIEFING SCHEDULE |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Angela Closson ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to June 27, 2014; and that Defendant shall have until July 28, 2014, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due August 4, 2014.

-1-

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: May 27, 2014          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

BY: _____
Steven G. Rosales
Attorney for plaintiff ANGELA CLOSSON

DATED:  May 27, 2014        BENJAMIN WAGNER
United States Attorney


*/S/- Susan L. Smith

_____
Susan L. Smith
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including June 27, 2014, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to July 28, 2014, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due August 4, 2014.

IT IS SO ORDERED.

Dated: May 29, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE