Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  ANGELA CLOSSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ANGELA CLOSSON, ) | Case No.:  2:13-CV-2381 KJN |
| Plaintiff, ) | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. ) | |
| CAROLYN COLVIN, Acting ) Commissioner of Social Security, ) | |
| Defendant ) | |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Angela Closson ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to July 11, 2014; and that Defendant shall have until August 11, 2014, to file her

-1-

1  opposition, if any is forthcoming.  Any reply by plaintiff will be due August 18,
2  2014.
3      A second extension of time for plaintiff is needed due to a serious illness.
4  Plaintiff's Counsel's Spouse recently began weekly chemotherapy treatment for her
5  Stage IV breast cancer which metastasized initially to her liver and continues to
6  spread to her lungs and spine.  Counsel requires the additional time to file the Joint
7  Stipulation to allow him to devote the appropriate time to assist his Spouse and his
8  two elementary school aged children through this obviously stressful experience.
9  Counsel sincerely apologizes to the court for any inconvenience this may have had
10 upon it or its staff.
11
12 DATE: July 8, 2014                Respectfully submitted,
13                                    LAW OFFICES OF LAWRENCE D. ROHLFING
14                                       /s/ *Steven G. Rosales*
                                    BY: _____
15                                    Steven G. Rosales
                                    Attorney for plaintiff ANGELA CLOSSON
16
17 DATED:  July 8, 2014              BENJAMIN WAGNER
                                    United States Attorney
18
19
20                                    */S/- Susan L. Smith
21                                    _____
                                    Susan L. Smith
22                                    Special Assistant United States Attorney
                                    Attorney for Defendant
23                                    [*Via email authorization]
24
25
26

-2-

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including July 11, 2014, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to August 11,
4 2014 to file her opposition, if any is forthcoming.  Any reply by plaintiff will be
5 due August 18, 2014.
6    IT IS SO ORDERED.
7 Dated:  July 10, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE