```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DONNA CALVERT
 3  Regional Chief Counsel, Region IX
    Social Security Administration
 4  SUSAN L. SMITH
 5  Special Assistant United States Attorney
 6        160 Spear Street, Suite 800
          San Francisco, California 94105
 7        Telephone: (415) 977-8973
 8        Facsimile: (415) 744-0134
          Email: Susan.L.Smith@ssa.gov
 9
10  Attorneys for Defendant
11
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| ANGELA C. CLOSSON, | ) Case No.: 2:13-cv-02381-KJN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~ ORDER** |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the schedule outlined in the Court's Case Scheduling Order will be extended by thirty (30) days. The Commissioner's Responsive Brief is currently due on August 11, 2014. After this

extension, the Commissioner's Responsive Brief will now be due on September 10, 2014.

The undersigned counsel for Defendant seeks this extension due the press of workload including six briefs due in disability matters in federal district court this month, two appellate matters pending before the Ninth Circuit Court of Appeals, other general civil litigation in federal district court, and several federal employment matters currently in litigation.

This is the Commissioner's first extension request and is requested in good faith.

Respectfully submitted,

Dated: August 11, 2014        By: /s/ *Steven G. Rosales*
                              (As authorized by email on 8/11/2014)
                              STEVEN G. ROSALES
                              Attorney for Plaintiff

Dated: August 13, 2014        BENJAMIN B. WAGNER
                              United States Attorney

                              By: /s/ *Susan L. Smith*
                              SUSAN L. SMITH
                              Special Assistant U. S. Attorney
                              Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

Dated: August 13, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE