BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8973
    Facsimile: (415) 744-0134
    Email: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ANGELA C. CLOSSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:13-cv-02381-KJN<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the schedule outlined in the Court's Case Scheduling Order will be extended by thirty (30) days. The Commissioner's Responsive Brief is currently due on September 10, 2014. After

this extension, the Commissioner's Responsive Brief will now be due on October 10, 2014.

    The undersigned counsel for Defendant seeks this extension due to undersigned counsel's absence from the office, and the press of workload including four briefs due in disability matters in federal district court this month, two appellate matters pending before the Ninth Circuit Court of Appeals, other general civil litigation in federal district court, and several federal employment matters currently in litigation.

    This is the Commissioner's second extension request and is requested in good faith.

                                  Respectfully submitted,

Dated: September 10, 2014        By: /s/ *Steven G. Rosales*
                                        (As authorized by email on 9/10/2014)
                                        STEVEN G. ROSALES
                                        Attorney for Plaintiff

Dated: September 15, 2014        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ *Susan L. Smith*
                                        SUSAN L.SMITH
                                        Special Assistant U. S. Attorney
                                        Attorneys for Defendant

## ORDER

    APPROVED AND SO ORDERED.

Dated:  September 15, 2014

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE